**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS CENTURION BANK; AMEX ASSURANCE COMPANY; AMERICAN EXPRESS INCENTIVE SERVICES, LLC; AMERICAN EXPRESS BANK, FSB; AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; and AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP.<br><br>　　　　Defendants. | Case No. 2:14-cv-636<br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL**

Defendants American Express Centurion Bank, AMEX Assurance Company, American Express Bank, FSB, and American Express Travel Related Services Company, Inc. ("Defendants") submit this Unopposed Motion to the Court seeking to file Defendants' Motion to Dismiss American Express Travel Related Services, Inc. and American Express Travel Related Services Company, Inc. Pursuant to Fed. R. Civ. P. 12(b)(4) & (5) and attached Declaration under seal. In support, Defendants show the Court as follows:

　　1.　　A Protective Order has not yet been entered in this action.

　　2.　　One of the subject exhibits to Defendants' Motion to Dismiss is a confidential agreement between Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendants, attached as Ex. A to the Doll Declaration.

　　3.　　As set forth in the caption, this motion is unopposed.

Wherefore, Defendants seek the entry of an Order submitted concurrently herewith, permitting the filing of foregoing documents under seal.

Dated: October 13, 2014					Respectfully submitted,

/s/ *Mark. C. Nelson*
Mark C. Nelson (Lead Attorney)
TX Bar No. 00794361
Garreth A. Sarosi
TX Bar No. 24039373
Matthew P. Harper
TX Bar No. 24037777
DENTONS US, LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-2858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mark.nelson@dentons.com
garreth.sarosi@dentons.com
matthew.harper@dentons.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 13, 2014.

/s/ *Mark C. Nelson*
Mark C. Nelson
TX Bar No. 00794361
DENTONS US, LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-2858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mark.nelson@dentons.com

## CERTIFICATE OF CONFERENCE

This is to certify that on October 13, 2014, counsel for the Defendants (Mark Nelson) conferred by telephone with counsel for the Plaintiffs (Benjamin Wang) regarding the subject matter of this motion and that Plaintiffs are unopposed to this motion. Mark Nelson represents all defendants.

82938433